# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEIL K. ANAND, : | |
|    Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 23-cv-2527 |
| : | |
| THE UNITED STATES, *et al.*, : | |
|    Defendants. : | |

## ORDER

**AND NOW**, this **26th** day of **November 2025**, upon consideration of *pro se* Plaintiff Neil K. Anand's Emergency Motion for Declaratory and Injunctive Relief Based on Newly Discovered Evidence of Algorithmic Targeting and Constitutional Violations (ECF No. 49), Defendant the United States' Letter Response (ECF No. 50), the docket, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiff's Motion (ECF No. 49) is **DENIED.**

                                            **BY THE COURT:**

                                            **/s/ CHAD F. KENNEY**

                                            **CHAD F. KENNEY, J.**